People v Gayle (2026 NY Slip Op 00206)

People v Gayle

2026 NY Slip Op 00206

Decided on January 15, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 15, 2026

Before: Kern, J.P., Scarpulla, Kapnick, Shulman, Hagler, JJ. 

Ind No. 2220/18|Appeal No. 5613|Case No. 2020-02148|

[*1]The People of the State of New York, Respondent,
vHoraceo Gayle, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (DÉsirÉe Sheridan of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Oliver Lee of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Marsha D. Michael, J. at plea, Guy Mitchell, J. at sentencing), rendered February 26, 2020, as amended July 8, 2020, convicting defendant, upon his plea of guilty, of attempted assault in the second degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the provision of the order of protection that directed that it remain in effect until February 25, 2031, and remanding the matter for a new determination of the duration of the order, and otherwise affirmed.
Defendant's appeal waiver on resentencing is unenforceable (see People v Lopez, 6 NY3d 248, 256-257 [2006]) and, although defendant's challenge to the duration of the order of protection is unpreserved (see People v Nieves, 2 NY3d 310, 315-317 [2004]), we reach the issue in the interest of justice (see People v Kuchma, 230 AD3d 1074, 1075 [1st Dept 2024]). The expiration date of the order of protection was calculated without taking into consideration that the sentence was to run nunc pro tunc to the date of defendant's arrest. Pending a new determination, the order shall remain in effect. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 15, 2026